**JUN XIU ZHANG, Petitioner,**

v.

**BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES,**
**Respondent.**

No. 06–0189–ag.

United States Court of Appeals,
Second. Circuit.

Sept. 14, 2006.

Theodore N. Cox, New York, NY, for Petitioner.

**42**

Rosa Emilia Rodriguez–Velez, United States Attorney for the District of Puerto Rico, Nelson Pérez–Sosa, Mariana E. Bauzá–Almonte, Assistant United States Attorneys, San Juan, PR, for Respondent.

PRESENT: Hon. ROBERT D. SACK, Hon. ROBERT A. KATZMANN and Hon. REENA RAGGI, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION of this petition for review of the Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is GRANTED, the BIA's order is VACATED, and the case is REMANDED to the BIA on consent of the parties. Having completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DENIED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34(d)(1).